IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Judy Franklin | : | No. 16-15348-JKF |
| Debtor | | |

### ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO FILE STATEMENTS, SCHEDULES, PLAN AND REQUIRED DOCUMENTS

AND NOW, upon consideration of the Application for Extension of Time to file the required documents it is hereby

ORDERED and DECREED that Debtor's attorney David M. Offen is given an extension of time to August 25, 2016, by which date all required documents must be filed.

_____    DATED: 8/16/16
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire

Judy Franklin