

**Einstein HEALTHCARE NETWORK**

| Pay Group: | Tabor Acute Care | Advice #: | 3274895 |
|---|---|---|---|
| Pay Begin Date: | 6/26/2016 | Advice Date: | 7/14/2016 |
| Pay End Date: | 7/9/2016 | | |

| Franklin, Judy | Employee ID: | 28395 | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|---|
| 259 E Queen Ln | Department: | 15300 | Federal: | Single | 00001 |
| Philadelphia, PA 19144-1743 | Process Level: | 1015 | State: | Single | 00002 |
| | | | Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 16.7706 | 54.45 | 913.15 | 864.10 | 14,264.48 |
| Regular Evening | | | 0.00 | 15.50 | 281.16 |
| Holiday Prem Day | 16.7706 | 7.87 | 65.99 | 7.87 | 65.99 |
| Sick Hrs | 16.7706 | 7.50 | 125.78 | 63.42 | 1,047.92 |
| PTOReg | 16.7706 | 7.50 | 125.78 | 90.00 | 1,486.25 |
| **Total:** | | **77.32** | **1,230.70** | **1,040.89** | **17,145.80** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 115.54 | 1,604.95 |
| Soc Sec Tax Withheld | 70.16 | 976.92 |
| Medicare Tax Withhld | 16.40 | 228.47 |
| Pennsylvania Tax | 34.74 | 483.73 |
| PA Unemployment | 0.86 | 12.00 |
| Philadelphia Tax | 48.00 | 670.32 |
| **Total:** | **285.70** | **3,976.39** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 81.76 | 1,144.64 |
| Delta Dental | 17.46 | 244.44 |
| **Total:** | **99.22** | **1,389.08** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SSD Jewelry | 29.16 | 29.16 |
| EHN Dental Services | 50.00 | 385.00 |
| Cafe | 2.88 | 139.24 |
| MetChLif | 0.60 | 6.00 |
| STD Prem | 14.70 | 205.80 |
| WLCoats | 0.00 | 33.33 |
| QCPharm | 0.00 | 26.00 |
| Cafe EP | 0.00 | 70.09 |
| **Total:** | **97.34** | **894.62** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **97.34** | **894.62** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,230.70 | 1,131.48 | 285.70 | 196.56 | 748.44 |
| YTD: | 17,145.80 | 15,756.72 | 3,976.39 | 2,283.70 | 10,885.71 |

### NET PAY DISTRIBUTION

| Advice #3274895 | 748.44 |
|---|---|

| Available | 0.00 | Available | 0.00 | Total: | 748.44 |
|---|---|---|---|---|---|



**Einstein HEALTHCARE NETWORK**

To The Account(s) Of
JUDY FRANKLIN
259 E QUEEN LN
PHILADELPHIA, PA  19144-1743

| Advice Date | Advice No. |
|---|---|
| 07/14/2016 | 3274895 |

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Freedom | xx3882 | $748.44 |
| Total: | | $748.44 |



| Pay Group: | Tabor Acute Care | Advice #: | 3266472 |
|---|---|---|---|
| Pay Begin Date: | 6/12/2016 | Advice Date: | 6/30/2016 |
| Pay End Date: | 6/25/2016 | | |

| Franklin, Judy | Employee ID: | 28395 |
|---|---|---|
| 259 E Queen Ln | Department: | 15300 |
| Philadelphia, PA  19144-1743 | Process Level: | 1015 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00001 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 16.4903 | 52.00 | 857.49 | 809.65 | 13,351.33 |
| Regular Evening | 18.1393 | 7.75 | 140.58 | 15.50 | 281.16 |
| Sick Hrs | | | 0.00 | 55.92 | 922.14 |
| PTOReg | 16.4903 | 7.50 | 123.68 | 82.50 | 1,360.47 |
| **Total:** | | 67.25 | 1,121.75 | 963.57 | 15,915.10 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 99.20 | 1,489.41 |
| Soc Sec Tax Withheld | 63.39 | 906.76 |
| Medicare Tax Withhld | 14.83 | 212.07 |
| Pennsylvania Tax | 31.39 | 448.99 |
| PA Unemployment | 0.78 | 11.14 |
| Philadelphia Tax | 43.86 | 622.32 |
| **Total:** | 253.45 | 3,690.69 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 81.76 | 1,062.88 |
| Delta Dental | 17.46 | 226.98 |
| **Total:** | 99.22 | 1,289.86 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 50.00 | 335.00 |
| QCPharm | 10.00 | 26.00 |
| Cafe | 18.00 | 136.36 |
| Cafe EP | 5.36 | 70.09 |
| MetChLif | 0.60 | 5.40 |
| STD Prem | 14.70 | 191.10 |
| WLCoats | 0.00 | 33.33 |
| **Total:** | 98.66 | 797.28 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 98.66 | 797.28 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,121.75 | 1,022.53 | 253.45 | 197.88 | 670.42 |
| YTD: | 15,915.10 | 14,625.24 | 3,690.69 | 2,087.14 | 10,137.27 |

### NET PAY DISTRIBUTION

| Advice #3266472 | 670.42 |
|---|---|
| Available  0.00 | Available  0.00 | Total: 670.42 |



To The Account(s) Of
JUDY FRANKLIN
259 E QUEEN LN
PHILADELPHIA, PA  19144-1743

Advice Date: 06/30/2016   Advice No.: 3266472

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Freedom | xx3882 | $670.42 |
| Total: | | $670.42 |



**Einstein HEALTHCARE NETWORK**

| Pay Group: | Tabor Acute Care | Advice #: | 3258114 |
|---|---|---|---|
| Pay Begin Date: | 5/29/2016 | Advice Date: | 6/16/2016 |
| Pay End Date: | 6/11/2016 | | |

Franklin, Judy
259 E Queen Ln
Philadelphia, PA 19144-1743

| Employee ID: | 28395 |
|---|---|
| Department: | 15300 |
| Process Level: | 1015 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00001 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 16.4903 | 58.80 | 969.62 | 757.65 | 12,493.84 |
| Regular Evening | | | 0.00 | 7.75 | 140.58 |
| Sick Hrs | | | 0.00 | 55.92 | 922.14 |
| PTOReg | 16.4903 | 15.00 | 247.36 | 75.00 | 1,236.79 |
| **Total:** | | **73.80** | **1,216.98** | **896.32** | **14,793.35** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 113.48 | 1,390.21 |
| Soc Sec Tax Withheld | 69.30 | 843.37 |
| Medicare Tax Withhld | 16.21 | 197.24 |
| Pennsylvania Tax | 34.32 | 417.60 |
| PA Unemployment | 0.86 | 10.36 |
| Philadelphia Tax | 47.59 | 578.46 |
| **Total:** | **281.76** | **3,437.24** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 81.76 | 981.12 |
| Delta Dental | 17.46 | 209.52 |
| **Total:** | **99.22** | **1,190.64** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 285.00 |
| Cafe | 15.16 | 118.36 |
| MetChLif | 0.60 | 4.80 |
| STD Prem | 14.70 | 176.40 |
| WLCoats | 0.00 | 33.33 |
| QCPharm | 0.00 | 16.00 |
| Cafe EP | 0.00 | 64.73 |
| **Total:** | **30.46** | **698.62** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **30.46** | **698.62** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,216.98 | 1,117.76 | 281.76 | 129.68 | 805.54 |
| YTD: | 14,793.35 | 13,602.71 | 3,437.24 | 1,889.26 | 9,466.85 |

### NET PAY DISTRIBUTION

Advice #3258114    805.54

Available    0.00    Available    0.00    Total:    805.54



**Einstein HEALTHCARE NETWORK**

Advice Date    Advice No.
06/16/2016     3258114

## NON-NEGOTIABLE

**DIRECT DEPOSIT DISTRIBUTION**

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Freedom | xx3882 | $805.54 |
| | | |
| Total: | | $805.54 |

To The Account(s) Of
JUDY FRANKLIN
259 E QUEEN LN
PHILADELPHIA, PA 19144-1743


**Einstein** HEALTHCARE NETWORK

| | | |
|---|---|---|
| Pay Group: | Tabor Acute Care | Advice #: 3249820 |
| Pay Begin Date: | 5/15/2016 | Advice Date: 6/2/2016 |
| Pay End Date: | 5/28/2016 | |

Franklin, Judy
259 E Queen Ln
Philadelphia, PA 19144-1743

Employee ID: 28395
Department: 15300
Process Level: 1015

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00001 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 16.4903 | 60.77 | 1,002.10 | 698.85 | 11,524.22 |
| Regular Evening | 18.1393 | 7.75 | 140.58 | 7.75 | 140.58 |
| Sick Hrs | | | 0.00 | 55.92 | 922.14 |
| PTOReg | 16.4903 | 7.50 | 123.68 | 60.00 | 989.43 |
| Total: | | 76.02 | 1,266.36 | 822.52 | 13,576.37 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 120.89 | 1,276.73 |
| Soc Sec Tax Withheld | 72.37 | 774.07 |
| Medicare Tax Withhld | 16.92 | 181.03 |
| Pennsylvania Tax | 35.83 | 383.28 |
| PA Unemployment | 0.88 | 9.50 |
| Philadelphia Tax | 49.52 | 530.87 |
| Total: | 296.41 | 3,155.48 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 81.76 | 899.36 |
| Delta Dental | 17.46 | 192.06 |
| Total: | 99.22 | 1,091.42 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 285.00 |
| Cafe | 20.68 | 103.20 |
| Cafe EP | 4.22 | 64.73 |
| MetChLif | 0.60 | 4.20 |
| STD Prem | 14.70 | 161.70 |
| WLCoats | 0.00 | 33.33 |
| QCPharm | 0.00 | 16.00 |
| Total: | 40.20 | 668.16 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 40.20 | 668.16 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,266.36 | 1,167.14 | 296.41 | 139.42 | 830.53 |
| YTD: | 13,576.37 | 12,484.95 | 3,155.48 | 1,759.58 | 8,661.31 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3249820 | 830.53 |
| Total: | 830.53 |

Available 0.00    Available 0.00

---


**Einstein** HEALTHCARE NETWORK

To The Account(s) Of
JUDY FRANKLIN
259 E QUEEN LN
PHILADELPHIA, PA 19144-1743

Advice Date: 06/02/2016    Advice No. 3249820

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Freedom | xx3882 | $830.53 |
| Total: | | $830.53 |



**Einstein HEALTHCARE NETWORK**

| Pay Group: | Tabor Acute Care | Advice #: | 3241606 |
|---|---|---|---|
| Pay Begin Date: | 5/1/2016 | Advice Date: | 5/19/2016 |
| Pay End Date: | 5/14/2016 | | |

Franklin, Judy
259 E Queen Ln
Philadelphia, PA 19144-1743

| Employee ID: | 28395 |
|---|---|
| Department: | 15300 |
| Process Level: | 1015 |

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00001 |
| State: | Single | 00002 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 16.4903 | 70.16 | 1,156.96 | 638.08 | 10,522.12 |
| Sick Hrs | | 0.00 | | 55.92 | 922.14 |
| PTOReg | | 0.00 | | 52.50 | 865.75 |
| **Total:** | | **70.16** | **1,156.96** | **746.50** | **12,310.01** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 104.48 | 1,155.84 |
| Soc Sec Tax Withheld | 65.58 | 701.70 |
| Medicare Tax Withhld | 15.34 | 164.11 |
| Pennsylvania Tax | 32.47 | 347.45 |
| PA Unemployment | 0.81 | 8.62 |
| Philadelphia Tax | 45.24 | 481.35 |
| **Total:** | **263.92** | **2,859.07** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PCBasic Option | 81.76 | 817.60 |
| Delta Dental | 17.46 | 174.60 |
| **Total:** | **99.22** | **992.20** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 0.00 | 285.00 |
| Cafe | 16.37 | 82.52 |
| Cafe EP | 1.98 | 60.51 |
| MetChLif | 0.60 | 3.60 |
| STD Prem | 14.70 | 147.00 |
| WLCoats | 0.00 | 33.33 |
| QCPharm | 0.00 | 16.00 |
| **Total:** | **33.65** | **627.96** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | **33.65** | **627.96** |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,156.96 | 1,057.74 | 263.92 | 132.87 | 760.17 |
| YTD: | 12,310.01 | 11,317.81 | 2,859.07 | 1,620.16 | 7,830.78 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #3241606 | 760.17 |
| Available 0.00 | Available 0.00 | Total: 760.17 |



**Einstein HEALTHCARE NETWORK**

To The Account(s) Of
JUDY FRANKLIN
259 E QUEEN LN
PHILADELPHIA, PA 19144-1743

Advice Date: 05/19/2016
Advice No.: 3241606

# NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Freedom | xx3882 | $760.17 |
| **Total:** | | **$760.17** |