IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Judy Franklin | : | No. 16-15348- jkf |
| Debtor | | |

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

    I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all priority and secured creditors or their counsel.

Date: August 25, 2016    /s/ David M. Offen
    David M. Offen
    Attorney for Debtor(s)