IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : Chapter 13

Judy Franklin                             : Case No. 16-15348- jkf

    Debtor(s)

NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CERTIFICATE OF SERVICE

The Meeting of Creditors Schedule for October 3, 2016, has been rescheduled for November 7, 2016 at 10:00 am at the following location:

Chapter 13 Meeting Room
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor

Dated: September 13, 2016

A copy of this notice is being served on all creditors and the Chapter 13 Trustee.