**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 16-15348(JKF) |
| JUDY FRANKLIN | : | CHAPTER 13 |
| | : | |
| Debtor | : | HEARING SCHEDULED FOR |
| | : | NOVEMBER 9, 2016 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

**ORDER GRANTING ALLY FINANCIAL INC.**
**RELIEF FROM THE AUTOMATIC STAY**
**AND CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY**
**AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER**

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) and 11 U.S.C.§1301(a) as to Ally Financial Inc. with respect to the motor vehicle identified as a 2016 Jeep Grand Cherokee, VIN: 1C4RJFAG3GC324431 (the "Vehicle"); is hereby terminated effective the date of this Order as to the Debtor(s); and

ORDERED that the stay imposed by 11 U.S.C. §1301(c) as to Ally Financial Inc. is hereby terminated effective the date of this Order as to the Vehicle and Co-Debtor Fannie Reavis; and

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Financial Inc. may act immediately upon entry of this Order; and

FURTHER ORDERED, that Ally Financial Inc. may take such actions and seek such remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

**Date: November 9, 2016**

Jean K. FitzSimon
United States Bankruptcy Judge

Copies mailed to:  See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106
(215) 627-0303


David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106


William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107


U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107


Judy Franklin
259 E. Queen Lane
Philadelphia, PA 19144


Fannie Reavis
259 E. Queen Lane
Philadelphia, PA 19144