```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                        Case No. 16-15348-elf
Judy Franklin                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2         Date Rcvd: Sep 17, 2019
                              Form ID: 138NEW             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db             +Judy Franklin,    259 E. Queen Lane,    Philadelphia, PA 19144-1743
14379146       +CSMC 2019-SPL1,    c/o Sarah K. McCaffery, Esq.,   One Jenkintown Station, Suite 104,
                 115 West Avenue,    Jenkintown, PA 19046-2031
14378708       +CSMC 2019-SPL1 Trust,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13767578        Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
13778116       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
13767580       +Clx Systems Inc,    8080 Meadowwood Dr,    Rockford, MN 55373-2103
13767582       +First National Credit Card/Legacy,    First National Credit Card,    Po Box 5097,
                 Sioux Falls, SD 57117-5097
13843323       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
13767584       +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13767586       +Santander Consumer USA,    Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
13767585       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
13767587       +Sunrise Credit Service,    260 Airport Plaza,    Farmingdale, NY 11735-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 03:49:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 18 2019 03:49:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13792205       +E-mail/Text: g20956@att.com Sep 18 2019 03:50:31     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13767576       +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 03:47:05     Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
13799022        E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2019 03:47:05     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13767577       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 18 2019 03:50:52
                 Berks Credit & Collections,    Po Box 329,   Temple, PA 19560-0329
13846405       +E-mail/Text: megan.harper@phila.gov Sep 18 2019 03:50:13
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13789440        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 03:59:31
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13767581        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 18 2019 03:48:45
                 Comenity Bank/Victoria Secret,    Po Box 18215,   Columbus, OH 43218
13767583       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 18 2019 03:49:28     Midland Funding,
                 2365 Northside Dr,    Suite 300,   San Diego, CA 92108-2709
13807917        E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2019 03:48:50
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
13767579*       Capital One,    Po Box 30285,    Po Box 62180,    Salt Lake City, UT 84130
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: Virginia                  Page 2 of 2                   Date Rcvd: Sep 17, 2019
                                Form ID: 138NEW                 Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:

```
          ANDREW M. LUBIN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC alubin@milsteadlaw.com,
           bkecf@milsteadlaw.com
          DAVID M. OFFEN    on behalf of Debtor Judy  Franklin dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          SARAH K. MCCAFFERY    on behalf of Creditor    CSMC 2019-SPL1 Trust smccaffery@squirelaw.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Judy Franklin

      Debtor(s)                                Bankruptcy No: 16−15348−elf

                                                          Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                           For The Court
                                                                     Timothy B. McGrath
                                                                      Clerk of Court

Dated: 9/17/19

                                                                                                         51 − 50
                                                                                                   Form 138_new