Certificate Number: 12433-PAE-DE-033448605

Bankruptcy Case Number: 16-15348



12433-PAE-DE-033448605

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2019, at 7:27 o'clock PM EDT, Judy Y. Franklin completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 23, 2019

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher